UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-02451-Louis

UNITED STATES OF AMERICA

vs.

JASON WAGNER,

    **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes  X  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  X  No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes  X  No

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

BY:    /s/*Lacee Elizabeth Monk*
        LACEE ELIZABETH MONK
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 0100322
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9427
        Fax: (305) 530-7976
        Lacee.Monk@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JASON WAGNER,<br><br>Defendant(s) | Case No. 22-mj-02451-Louis |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2021 through March 17, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) and (b)(1) | Sex Trafficking by Force and Coercion. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Albert Ordonez, Special Agent HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime

Date: March 18 2022

_____
Judge's signature

City and state: Miami, Florida

Hon. Lauren F. Louis, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Albert M. Ordonez, being duly sworn, depose and state as follows:

1. I am a Special Agent ("SA") with the Department of Homeland Security, Homeland Security Investigations ("HSI") and have been so employed since 2009. I am currently assigned to the Human Trafficking Group in the HSI Miami Office where I am responsible for conducting investigations regarding violations of federal laws, particularly those laws found in Titles 8, 18, 19, and 21 of the United States Code. Before joining HSI, I was a Postal Inspector with the United States Postal Inspection Service for 10 years, where I was tasked with investigating mail theft, violent crimes, and robberies.

2. This Affidavit is submitted in support of a criminal complaint charging **JASON WAGNER ("WAGNER")** with sex trafficking by force and coercion, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

3. This Affidavit is based on my personal investigation and investigation by others, including federal and local law enforcement officials whom I know to be reliable and trustworthy. The facts contained herein have been obtained by interviewing witnesses and examining documents obtained in the course of the investigation as well as through other means. This Affidavit does not include every fact known to me about this investigation, but rather only those facts sufficient to establish probable cause.

## PROBABLE CAUSE

4. The investigation, as described in detail below, has revealed that a 35-year-old adult female (the "Victim") was trafficked for commercial sex, from in or around June 2021, continuing through on or about March 17, 2022, in Miami-Dade County, Florida.

5. Specifically, the investigation revealed that on or about March 17, 2022, a customer at a Walgreens in Miami, Florida, (the "Customer") contacted law enforcement after receiving a note from the Victim asking the customer to contact police. The Customer did so, and law enforcement responded to the Walgreens. Once there, law enforcement made contact with the Customer and the Victim, and detained **WAGNER**.

6. The Customer advised law enforcement that she was walking by a vehicle when the Victim tossed a note out of the vehicle and asked the Customer to read the note and contact law enforcement. The Customer picked up the note, which again asked the Customer to call law enforcement. The Customer advised that she then went into the Walgreens and called police.

7. Law enforcement also made contact with the Victim who advised, over the course of multiple interviews, that **WAGNER** was holding her against her will at a house located in Miami, Florida, and was forcing her to engage in commercial sex acts for money. The Victim advised that this had been occurring since approximately June 2021 when she first moved in with **WAGNER.** To obtain clients for the Victim, **WAGNER** posted advertisements on websites known for prostitution, advertising the Victim for commercial sex acts, which law enforcement was able to subsequently view. The Victim stated that **WAGNER** instructed the Victim to charge clients at least $500 for commercial sex acts and made the Victim give him all of the proceeds from the commercial sex acts. The Victim stated that **WAGNER** was keeping her in a house where she was not allowed to leave unless she was going to meet a client for commercial sex. The Victim stated she was physically unable to leave the house because the windows in her room were screwed shut, the door had a deadbolt that could only be opened with a key, which only **WAGNER** had access to, and the front door had a locked security gate. The Victim further advised that **WAGNER** had her birth certificate, social security card, and insurance card in a

locked box inside the house where she was being kept. The Victim also advised that **WAGNER** provided her with illicit drugs but would withhold drugs from her if she refused to engage in commercial sex acts.

8. The Victim stated that if she did not make the amount of money that **WAGNER** required her to make, he would physically batter the Victim by, among other things, punching her in the head and choking her. The Victim stated that **WAGNER** had choked her several times to the point that she had "blacked out," including the night before. In fact, the Victim told law enforcement that he had battered her the night before because she did not want to follow his instructions during a commercial sex act. Specifically, the Victim advised that **WAGNER** told her to keep her phone on during the commercial sex act so that he could listen to what she was doing with a client. The Victim did not want to do so, but eventually complied and picked up **WAGNER's** phone calls during the commercial sex transaction. Because she initially did not follow **WAGNER's** instructions, the Victim was afraid that **WAGNER** would batter her when she returned to home. The Victim stated that when she arrived home, **WAGNER** hit the Victim with a closed fist in the head and choked her. The Victim advised that she attempted to fight back. While in custody, law enforcement observed scratches on **WAGNER's** face.

9. The Victim informed law enforcement that **WAGNER** was not employed, and that **WAGNER** used the proceeds from the commercial sex acts that he forced the Victim to perform to pay the rent. Law enforcement asked the Victim about $2,000 in U.S. currency that was recovered from **WAGNER's** person, and she stated that the money was proceeds from her commercial sex acts.

10. The Victim informed law enforcement that **WAGNER** had control of her bank account and explained that when a client would send money to her bank account electronically,

3

WAGNER would transfer the money from the Victim's account to WAGNER's account. The Victim allowed law enforcement to view her bank account information on her cell phone, and law enforcement observed several electronic transfers from her account. The Victim advised that the transfers were to WAGNER and were proceeds from the commercial sex acts that WAGNER forced her to perform.

11. Based on the forgoing, I respectfully submit that there is probable cause to support a criminal complaint charging JASON WAGNER with sex trafficking by force and coercion, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Albert M. Ordonez, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime, on this 18 day of March, 2021,
at Miami, Florida.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

4