UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20124-CR-GAYLES

UNITED STATES OF AMERICA

v.

JASON WAGNER,

    Defendant.
_____/

## JOINT STATUS REPORT

The United States of America and the Defendant file this Joint Status Report in accordance with this Court's Order Setting Trial Date (DE 11), and state as follows:

**A. Has all discovery been provided by the Government to Defendants? If not, why not?**

On April 15, 2022, the Government produced discovery in accordance with the Standing Discovery Order and Fed. R. Crim. Pro. 16. At the time of its production, the Government also advised defense counsel that it was in possession of seven cell phone extractions that could be viewed at the Department of Homeland Security. The Government also advised defense counsel that it requested body camera footage from the Miami-Dade Police Department, which it would produce to defense counsel upon receipt. The government is aware of its continuing duty to disclose newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, and Napue.

B. **Are the parties ready for trial? If not, why not?**

On April 27, 2022, counsel for the Defendant advised as follows: The Defendant was arraigned on the Indictment on April 1, 2022. The government produced its first discovery submission on April 15, 2022. The defense copied the discovery onto 6 DVD's and mailed it to the client on April 20, 2022. Defense counsel does not presently know whether the Defendant has received the discovery and/or whether he has been able to access a computer at FDC-Miami in order to view the evidence. Defense counsel attempted to schedule meetings with the Defendant at FDC-Miami for Thursday April 21, 2022, and Monday April 25, 2022, but was unable to visit with the client. On April 21, 2022, BOP approved the visit with the defendant but for a different time than requested by counsel who had a conflict at the time BOP scheduled the visit. On April 25 BOP simply never approved the requested visit with the defendant. BOP did finally approve a visit with the defendant for Wednesday April 27, 2022. Accordingly, at this time defense counsel has been unable to meet with his client, has been unable to review the discovery with his client and thus cannot announce whether he will be ready for trial or not.

C. **How many days do the parties expect a trial in the matter to require?**

The parties anticipate that this case will take 3-5 days to try.

**D. Are there any other matters in this case of which the Court should be aware?**

No.  At this time, there are no other matters in this case of which the Court should be aware.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:  */s/Lacee Elizabeth Monk*
      Lacee Elizabeth Monk
      Assistant United States Attorney
      Florida Bar No. 100322
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9427
      Email: Lacee.Monk@usdoj.gov

      MICHAEL CARUSO
      FEDERAL PUBLIC DEFENDER

By:  */s/ Christian Dunham*
      Assistant Federal Public Defender
      Florida Bar No.: 146587
      150 W. Flagler Street, Suite 1700
      Miami, Florida 33130-1556
      Tel: (305) 533-4177
      E-mail: christian_dunham@fd.org