1 of 3

TRULINCS 91742509 - WAGNER, JASON - Unit: MIM-E-W

---

FROM: 91742509
TO: Azcuy, Monica
SUBJECT: Honorable Altonaga
DATE: 08/28/2023 09:01:31 PM

22CR20124

FILED BY _AM_ D.C.
SEP 26 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

I hope this letter finds you in the best of spirits,
my phycologist told me to communicate with you that she will make sure that I am medicated properly for my anxiety and other mental problems, so my behavior is not viewed disruptive in your court room. I dont mean no disrespect its just all the lies & deceit being done to me in the court are very traumatizing to me and too much for me to handle at times.
But i have too pull myself together and learn the language and skills to talk with you about it
so we can get real justice.......

  Ever since i came to your court room all I've heard from many people including and mostly my previous attorney c.dunham
is how much you despite me, will not give me a fair anything, will not grant anything for me, but everything for the
prosecution,and my move to your court room was actually a strategy to help the prosecution.
  Hearing all the lies & manipulations you have been given about me, Truly i can not blame you.
If i was to believe those same lies about someone i would feel they don't deserve life, let alone be given a fair trial or freedom.
Thing is these are all lies and twists, and I'm asking for the chance to prove these things with solid evidence
not manipulated words, so that same righteous wrath you had for me can instead be appropriately dealt to those who have
manipulated you and the system for there own personal ego/agenda.
Either way i feel you would like to know everything in this case so you can pass appropriate judgement whether good or bad,
and because of my true innocence's in this I am a open book on this case willing to give all truths to you and the court,
I even offered to take a lie detector test on my innocence and work with the arresting officer/prosecution on my case to find the true justice on this case.
I'm not saying I'm a saint, but I'm definitely innocent of all these charges,
and i would NEVER force anyone to have sex with me or anyone else, i would stand against anyone with all my might who did
do these types of acts !!! my law i live and would die by!!!!!

I understand you appointed me MR. Kahn which i will always be grateful for because he has been polite, professional,
and helpful, everything my last defense was not. But i have been asking for the same evidence,motions,witnesses,etc..
for months most things over a year, and i still do not have them only excuses on getting them..
I understand MR. Kahn is overworked and underpaid but i need this exculpatory evidence with enough time to form a
defense,because I'm the one that searches and finds the evidence and it is promised to me by the constitution.
Seeing how i don't have this evidence now with less then 3 weeks before trial i am putting on the record what
exactly i have been asking for so we have no confusions or excuses and we can have a righteous trial...
justice does have a double edge sword i need my side sharp....
thank you

so while i was writing this I was made aware of GOVERNMENT EXIHIBIT LIST & PROPOSED WITNESS LIST
since i have not received any legal mail here from government or lawyer in the time Mr. Kahn has been my lawyer
(that I'm aware of) I have no clue what's going on.
the witness list does not include the main arresting officer (Albert Ordonez), which is weird but none the less i need him present
at my trial date!!!! i want him as my witness & him subpoenaed.
  the government exhibit list which i just seen has so much evidence in it i never heard about let alone seen
the prosecution and my lawyer was suppose to been given me this evidence with enough time to for me to form a defense
this ambush is an example of how unethical this case is being handled.
And now whether intentionally or not my lawyers lack of effectiveness on this got me feeling
he is not suitable for the job if he was to really apply himself at fixing all of this and not fail anymore on basic obligations
i would be willing to go forward but if not i will be requesting effective counsel.
I will let you know after i speak with him but as he told me he has a lot going on.

so I'm asking for me to receive my evidence i been asking for and all the evidence the government has
with enough time to form a defense and even if i magically received all this by tomorrow, 9-11-23 is not enough time
for me to go threw everything and form a defense as i am promised.
they have a lot of evidence as i do also
I have been very patient and been given the run around I'm asking you to please help me with getting my few rights I'm asking
for cause no one else is.

TRULINCS 91742509 - WAGNER, JASON - Unit: MIM-E-W

---

1) i need all the evidence from the government and all the evidence/witnesses i been asking my lawyer for

2) once i receive ALL the evidence 30 days should be more than enough time for me to study and form an opinion

3) my lawyer being effective in putting the motions I've been asking for him to put and getting all the evidence with enough time spent with us to plan our trial lay out...

I'm having a very hard time believing this is the federal judicial system in greatest country in the world,
as my grandparents say i must put my faith in to god / saint Jude first and maybe so,
but i also have a very big belief in this country and its democracy / non tyrant ways.
I'm hoping you fully restore that.
God bless & Thank you

3 of 3

TRULINCS 91742509 - WAGNER, JASON - Unit: MIM-E-W

---

FROM: 91742509
TO: Azcuy, Monica
SUBJECT: Honorable Altonaga
DATE: 08/29/2023 07:25:57 PM

Your Honor
these are the evidences and witnesses i have been asking for from
15 - 4 months even having a brady motion put in by c.dunham
and MR. Kahn told me he placed a brady motion also for the same 3 phones.
my iPhone 7867951758 has supposedly been lost or auctioned off which if true, is a humungous violation of my rights
and a clear effort to try and dispose off exculpatory evidence, we need the truth on this no more cover ups.
This is also what i spoke about in your court room and how very important it is
tons of exculpatory evidence for multiple charges in all 3 phones, 2 of the phones are mine in my name
but Ms. sama is still using one and the other is ms.samas..

1) 3 phones
(a) 7867951758 my iphone13 pro
(b) 7867951892 my iphone13 mini that Jennifer sama uses
(c) 7866419896 Jennifer's Motorola

2) fdc & tgk phone calls between Jennifer sama and I

3) all of Jennifer sama's chase bank records (withdrawals,deposits,balance,etc..) from opening to my arrest

4) Walgreens parking lot Miami Dade police body cam especially the part when officer allows Jennifer to use his phone.

5) get all officers full body cam off of report number pd210714222895 (7-14-21) and subpoena officers for trial

6) Jennifer samas past escort account history.

this simple list of things I've been asking for over a year
and now this is the witnesses I'm calling and witnesses i asked him to find

1) my parole officer Ms.. Houston and the night shift officer that came to my house at night every month

2) my bonds woman grace and here boss and arresting fhwp officer on that bond

3) Jennifer sama's public defenders on her gun case and her psych doctor, all of them she gave consent to talk with me.

4) owner of Hollywood nails and 2 employees

5) landlord edelmiro Espinosa/plumbers

6) Barbra Ramos, Rosina mannareiii, fred medina,Ayien,Tiffany, tony, Lorenzo,Patricia,

7) look up criminal history sean,le,nc,etc and people that were involved in the cases
   plus the deposition on my kidnap case, info on le & my case
look for: angel Vega,vegas mom,doctors/ambulances, sean Francis
samas: brother,uncles,sister,aunts,grandmother,grandfather,nephews,victim on her gun case,

i was going to write what i need from the governments evidence they intend to use
but basically all of it. and i noticed they have just bits of some videos & calls so when done like that it doesn't
show the whole picture i would like full unedited versions...
thank you

THIS IS A COPY OF the letter I already sent to the Judge, that she supposedly did NOT Recieve.

---

THIS IS it a 2 time.

